**No. 10-5592. In re Donnie Lee Wyldes, Jr., Petitioner.**

562 U.S. 825, 131 S. Ct. 324, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7747.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5627. In re Russell Ray Pryor, Petitioner.**

562 U.S. 825, 131 S. Ct. 329, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7709.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5628. In re Vernon Tatum, Petitioner.**

562 U.S. 825, 131 S. Ct. 329, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7840.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5642. In re Nyka O'Connor, Petitioner.**

562 U.S. 825, 131 S. Ct. 331, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7771.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5660. In re Victor Del Rio, Petitioner.**

562 U.S. 825, 131 S. Ct. 333, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7769.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5770. In re Ronald Perry Baker, Petitioner.**

562 U.S. 825, 131 S. Ct. 344, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7752.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5849. In re Pablo Pina, Petitioner.**

562 U.S. 825, 131 S. Ct. 352, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7676.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5906. In re Robert M. Wade, Petitioner.**

562 U.S. 825, 131 S. Ct. 358, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7843.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5915. In re Jack Lucious, Jr., Petitioner.**

562 U.S. 825, 131 S. Ct. 359, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7694,

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5959. In re Jimmy C. Chisum, Petitioner.**

562 U.S. 825, 131 S. Ct. 362, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7826.

October 4, 2010. Petition for writ of habeas corpus denied.